IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DAVID A. ALEXANDER, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| v. | )  CASE NO. 2:12-cv-859-WC |
| | ) |
| LVNV FUNDING, LLC, *et al.*, | ) |
| | ) |
|    Defendants. | ) |

## **JUDGMENT**

Pursuant to the Joint Stipulation for Dismissal (Doc. 19) filed by the parties, it is

ORDERED, ADJUDGED, AND DECREED that this cause is DISMISSED with prejudice, with each party to bear its own costs.

The Clerk of the Court is directed to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

Done this 22nd day of May, 2013.

                                                    /s/ Wallace Capel, Jr.
                                                  WALLACE CAPEL, JR.
                                                  UNITED STATES MAGISTRATE JUDGE